

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00129-CV

**IN THE ESTATE OF JOSE ALFREDO MENDOZA**, Deceased,

From the County Court at Law, Starr County, Texas
Trial Court No. PR-16-041
Honorable Romero Molina, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File Motion for Extension of Time to File Brief is GRANTED. The Appellant's brief is due on July 12, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court